**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6672

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

RAFAEL JAIMES-JAIMES,

             Defendant - Appellant.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  James A. Beaty, Jr.,
Chief District Judge.  (1:01-cr-00245-1)

Submitted:  July 22, 2010          Decided:  August 3, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rafael Jaimes-Jaimes, Appellant Pro Se.  Sandra Jane Hairston,
Assistant United States Attorney, Greensboro, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rafael Jaimes-Jaimes appeals the district court's order denying his motion for an Extraordinary Writ. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Jaimes-Jaimes, No. 1:01-cr-00245-1 (M.D.N.C. Apr. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED